

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                    NO. 4:15CR00167-01 JLH

MISTY DAWN STROHECKER                                                 DEFENDANT

### AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on May 18, 2016, is hereby amended to reflect that the defendant must perform **50 HOURS** of community service during the first two years of probation. The location for the community service will be determined by the probation officer.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 23rd day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE