# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                  NO. 4:15CR00167-01 JLH

MISTY DAWN STROHECKER                                             DEFENDANT

### ORDER

Before the Court is the government's motion to revoke the probation of defendant Misty

Dawn Strohecker.  Document #25.  The government has also requested that a summons be issued

for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke probation

is scheduled to begin on **TUESDAY, FEBRUARY 28, 2017, at 10:30 A.M.**, in Courtroom #4-D,

Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock,

Arkansas, to show cause why the defendant's probation should not be revoked.

The request for issuance of summons is granted.  The Clerk of Court is directed to issue a

summons for defendant **MISTY DAWN STROHECKER** and deliver to the United States Marshal

for service.

Assistant Federal Public Defender Molly Sullivan is hereby reappointed to represent

defendant during revocation proceedings.

IT IS SO ORDERED this 13th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE